# Court of Appeals
# of the State of Georgia

ATLANTA, _July 21, 2021_

*The Court of Appeals hereby passes the following order:*

**A21A1614. KATRINA BROWN v. GREENSCAPES DESIGN, LLC.**

This case began as a dispossessory proceeding in magistrate court. After the magistrate court issued a judgment in favor of the plaintiff, the defendant Katrina Brown appealed to superior court. The superior court also issued a judgment in favor of the plaintiff, and Brown filed this direct appeal. We lack jurisdiction.

"[A]ppeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003); see also OCGA § 5-6-35 (a) (1). Because Brown did not follow the proper procedure for requesting appellate review in this case, we lack jurisdiction, and this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia

Clerk's Office, Atlanta,_07/21/2021_

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_____ , Clerk.